

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00696-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER** at Houston and Morgan M. Pomeranz, M.D.,
Appellants

v.

Soine **FISHER**, Individually on Behalf of All Wrong Death Beneficiaries of Buster Fisher, Deceased and on Behalf of Buster Fisher, Deceased,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-23131
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' briefs are due on January 9, 2023, and appellants have filed unopposed motions requesting a twenty-day extension of time to file their briefs. After consideration, we **grant** the motions and **order** appellants to file their briefs **by January 30, 2023.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court